AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_Richard E. Shockley, Jr._
Plaintiff

v.

_Stanley Taylor, et al._
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 06   126

I, _Richard E. Shockley, Jr._ declare that I am the (check appropriate box)

☑ Petitioner/Plaintiff/Movant   ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
FEB 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration _Delaware Correctional Center_

   Inmate Identification Number (Required): _166400_

   Are you employed at the institution? _NO_  Do you receive any payment from the institution? _NO_

   _Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions_

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _None_

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☐ |
   | b. | Rent payments, interest or dividends | ☐ | ☐ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☐ |
   | d. | Disability or workers compensation payments | ☐ | ☐ |
   | e. | Gifts or inheritances | ☐ | ☐ |
   | f. | Any other sources | ☒ | ☐ |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?   ·· Yes   ☒ No

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ·· Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   NONE

I declare under penalty of perjury that the above information is true and correct.

2/22/06
DATE

Richard E. Shockley, Jr.
SIGNATURE OF APPLICANT

NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Richard Shockley SBI#: 166400

FROM: Stacy Shane, Support Services Secretary

06 126

RE: **6 Months Account Statement**

DATE: February 17, 2006

---

Attached are copies of your inmate account statement for the months of August 1, 2005 to January 31, 2006.

The following indicates the average daily balances.

FILED
FEB 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Aug | 43.70 |
| Sept | 24.38 |
| Oct | 13.97 |
| Nov | 14.25 |
| Dec | 9.91 |
| Jan | 27.87 |

Average daily balances/6 months: 22.38

Attachments
CC: File

Stacy Shane
2/17/06

2/17/06

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☐ No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   
   ☐ Yes   ☐ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

I declare under penalty of perjury that the above information is true and correct.

_____    _____
DATE                       SIGNATURE OF APPLICANT

---

## CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ __7796__ on account his/her credit at (name of institution) __Delaware Correctional Center__.

I further certify that the applicant has the following securities to his/her credit:
(-16.22)

I further certify that during the past six months the applicant's average monthly balance was $ 22.38 and the average monthly deposits were $ 111.67 .

__2/17/06__                __Stacy Shane__
Date                       SIGNATURE OF AUTHORIZED OFFICER

(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)

# Individual Statement

## For Month of August 2005

Date Printed: 2/17/2006    Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $46.96 |
|---|---|---|---|---|---|---|
| 00166400 | Shockley | Richard | E | | | |
| Current Location: | D/W | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Visit | 8/2/2005 | $100.00 | $0.00 | $0.00 | $146.96 | 138994 | 124430166 | | HEATH |
| Canteen | 8/3/2005 | ($44.55) | $0.00 | $0.00 | $102.41 | 140100 | | | |
| Pay-To | 8/5/2005 | ($8.00) | $0.00 | $0.00 | $94.41 | 141257 | | PROJECT AWARE | |
| Canteen | 8/10/2005 | ($39.68) | $0.00 | $0.00 | $54.73 | 143089 | | | |
| Pay-To | 8/11/2005 | ($0.37) | $0.00 | $0.00 | $54.36 | 143999 | | DST/POSTAGE | |
| Pay-To | 8/11/2005 | ($0.37) | $0.00 | $0.00 | $53.99 | 144000 | | DST/POSTAGE | |
| Pay-To | 8/11/2005 | ($0.37) | $0.00 | $0.00 | $53.62 | 144044 | | DST/POSTAGE | |
| Canteen | 8/17/2005 | ($39.15) | $0.00 | $0.00 | $14.47 | 145845 | | | |
| Pay-To | 8/19/2005 | ($0.83) | $0.00 | $0.00 | $13.64 | 147023 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($3.95) | $0.00 | $0.00 | $9.69 | 147034 | | DST/POSTAGE | |
| Visit | 8/23/2005 | $25.00 | $0.00 | $0.00 | $34.69 | 148113 | 124433811 | | HEATH |
| Canteen | 8/24/2005 | ($34.07) | $0.00 | $0.00 | $0.62 | 148510 | | | |
| Supplies-MailP | 8/26/2005 | $0.00 | $0.00 | ($0.37) | $0.62 | 149728 | | POSTAGE | |

Ending Mth Balance: $0.62

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($16.22)

# Individual Statement

## For Month of September 2005

Date Printed: 2/17/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.62 |
|---|---|---|---|---|---|---|
| 00166400 | Shockley | Richard | E | | | |
| Current Location: | D/W | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Visit | 9/8/2005 | $50.00 | $0.00 | $0.00 | $50.62 | 155283 | 0128598993 | | H PEREZ |
| Supplies-MailP | 9/9/2005 | ($0.37) | $0.00 | $0.00 | $50.25 | 155720 | | POSTAGE | |
| Visit | 9/13/2005 | $20.00 | $0.00 | $0.00 | $70.25 | 157185 | 12859965-11690 | | H PEDLER |
| Canteen | 9/14/2005 | ($39.95) | $0.00 | $0.00 | $30.30 | 157393 | | | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($2.21) | $30.30 | 158547 | | POSTAGE | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($2.21) | $30.30 | 158548 | | POSTAGE | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($1.98) | $30.30 | 158549 | | POSTAGE | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($1.98) | $30.30 | 158550 | | POSTAGE | |
| Pay-To | 9/16/2005 | ($1.50) | $0.00 | $0.00 | $28.80 | 158898 | | MASJID MUHAMMAD | |
| Canteen | 9/21/2005 | ($20.33) | $0.00 | $0.00 | $8.47 | 160388 | | | |
| Mail | 9/28/2005 | $40.00 | $0.00 | $0.00 | $48.47 | 163083 | 9252001223 | 9/23/05 | H SHOCKLEY |
| Medical | 9/30/2005 | $0.00 | ($4.00) | $0.00 | $48.47 | 164283 | | 9/23/05 | |
| Medical | 9/30/2005 | ($4.00) | $0.00 | $0.00 | $44.47 | 164341 | | | |
| | | | | Ending Mth Balance: | $44.47 | | | | |

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($16.22)

# Individual Statement

## For Month of October 2005

Date Printed: 2/17/2006

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $44.47 |
|---|---|---|---|---|---|---|
| 00166400 | Shockley | Richard | E | | | |
| Current Location: | D/W | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 10/5/2005 | ($35.31) | $0.00 | $0.00 | $9.16 | 166250 | | | |
| Supplies-MailP | 10/6/2005 | $0.00 | $0.00 | ($0.37) | $9.16 | 167699 | | DST/POSTAGE | |
| Supplies-MailP | 10/6/2005 | $0.00 | $0.00 | ($0.37) | $9.16 | 167752 | | DST/POSTAGE | |
| Supplies-MailP | 10/6/2005 | $0.00 | $0.00 | ($0.60) | $9.16 | 167753 | | DST/POSTAGE | |
| Supplies-MailP | 10/6/2005 | $0.00 | $0.00 | ($0.37) | $9.16 | 167755 | | DST/POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($2.21) | $0.00 | $0.00 | $6.95 | 168363 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($2.21) | $0.00 | $0.00 | $4.74 | 168364 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($1.98) | $0.00 | $0.00 | $2.76 | 168365 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($1.98) | $0.00 | $0.00 | $0.78 | 168366 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $0.41 | 168634 | | DST/POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $0.04 | 168685 | | DST/POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.04) | $0.00 | ($0.56) | $0.00 | 168686 | | DST/POSTAGE | |
| Visit | 10/11/2005 | $25.00 | $0.00 | $0.00 | $25.00 | 169330 | 0129427254-22223 | | H PARSON |
| Canteen | 10/12/2005 | ($24.04) | $0.00 | $0.00 | $0.96 | 169988 | | | |
| Mail | 10/14/2005 | $25.00 | $0.00 | $0.00 | $25.96 | 171901 | 5443744552 | | H. SHOCKLEY |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.72) | $25.96 | 172287 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.60) | $25.96 | 172358 | | DST/POSTAGE | |
| Visit | 10/18/2005 | $20.00 | $0.00 | $0.00 | $45.96 | 172673 | 0129428127-22427 | | H. PEARSON |
| Canteen | 10/19/2005 | ($38.25) | $0.00 | $0.00 | $7.71 | 173412 | | | |
| Canteen | 10/26/2005 | ($5.17) | $0.00 | $0.00 | $2.54 | 175696 | | | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($1.29) | $2.54 | 176045 | | POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.60) | $2.54 | 176068 | | POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.60) | $2.54 | 176077 | | POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.37) | $2.54 | 176171 | | POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.60) | $2.54 | 176172 | | POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.37) | $2.54 | 176173 | | POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.60) | $2.54 | 176182 | | POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.37) | $2.54 | 176220 | | POSTAGE | |

# Individual Statement

## For Month of October 2005

Date Printed: 2/17/2006

Page 2 of 2

Ending Mth Balance: $2.54

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($16.22)

Date Printed: 2/17/2006

# Individual Statement
## For Month of November 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2.54 |
|---|---|---|---|---|---|---|
| 00166400 | Shockley | Richard | E | | | |
| Current Location: | D/W | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Visit | 11/1/2005 | $20.00 | $0.00 | $0.00 | $22.54 | 178433 | 0134979156-12021 | | HEATHER, DE |
| Canteen | 11/2/2005 | ($14.81) | $0.00 | $0.00 | $7.73 | 178773 | | | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($1.29) | $7.73 | 180551 | | POSTAGE | |
| Visit | 11/8/2005 | $75.00 | $0.00 | $0.00 | $82.73 | 181112 | 0816881296 | | UNK |
| Canteen | 11/9/2005 | ($38.87) | $0.00 | $0.00 | $43.86 | 181762 | | | |
| Supplies-MailP | 11/10/2005 | $0.00 | $0.00 | ($0.37) | $43.86 | 182855 | | | |
| Supplies-MailP | 11/11/2005 | ($1.29) | $0.00 | $0.00 | $42.57 | 183380 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.60) | $0.00 | $0.00 | $41.97 | 183391 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.60) | $0.00 | $0.00 | $41.37 | 183395 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $41.00 | 183419 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.56) | $0.00 | $0.00 | $40.44 | 183418 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $40.07 | 183491 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $39.70 | 183493 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.60) | $0.00 | $0.00 | $39.10 | 183492 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.60) | $0.00 | $0.00 | $38.50 | 183498 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.72) | $0.00 | $0.00 | $37.78 | 183534 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $37.41 | 183585 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.60) | $0.00 | $0.00 | $36.81 | 183602 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($1.29) | $0.00 | $0.00 | $35.52 | 183799 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $35.15 | 183844 | | | |
| Canteen | 11/16/2005 | ($35.02) | $0.00 | $0.00 | $0.13 | 184918 | | | |
| Visit | 11/22/2005 | $10.00 | $0.00 | $0.00 | $10.13 | 187272 | 38419722203-12266 | | UNK |
| Canteen | 11/23/2005 | ($9.93) | $0.00 | $0.00 | $0.20 | 187565 | | | |
| Canteen | 11/30/2005 | ($0.20) | $0.00 | $0.00 | $0.00 | 189323 | | | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($16.22)

# Individual Statement

Date Printed: 2/17/2006

## For Month of December 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00166400 | Shockley | Richard | E | | | |

Current Location: D/W

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Visit | 12/6/2005 | $75.00 | $0.00 | $0.00 | $75.00 | 192138 | 9252001716-12557 | | A. BROWN |
| Canteen | 12/7/2005 | ($45.61) | $0.00 | $0.00 | $29.39 | 192345 | | | |
| Canteen | 12/14/2005 | ($29.34) | $0.00 | $0.00 | $0.05 | 195055 | | | |
| Visit | 12/20/2005 | $25.00 | $0.00 | $0.00 | $25.05 | 197429 | 083573473241-1354 | | HEATHER |
| Canteen | 12/21/2005 | ($24.94) | $0.00 | $0.00 | $0.11 | 197655 | | | |

Ending Mth Balance: $0.11

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($16.22)

# Individual Statement

## For Month of January 2006

Date Printed: 2/17/2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.11 | | Page 1 of 2 |
|---|---|---|---|---|---|---|---|---|
| 00166400 | Shockley | Richard | E | | | | | |
| Current Location: | D/W | | | Comments: | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($0.49) | $0.11 | 205166 | | 12/30/05 | |
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($0.37) | $0.11 | 205261 | | 12/27/05 | |
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($0.37) | $0.11 | 205269 | | 12/27/05 | |
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($0.60) | $0.11 | 205278 | | 12/27/05 | |
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($0.60) | $0.11 | 205308 | | 12/25/05 | |
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($0.60) | $0.11 | 205310 | | 12/26/05 | |
| Supplies-MailP | 1/9/2006 | $0.00 | $0.00 | ($0.83) | $0.11 | 205601 | | 11/11/05 | |
| Supplies-MailP | 1/13/2006 | $0.00 | $0.00 | ($0.39) | $0.11 | 207872 | | 1/11/06 | |
| Supplies-MailP | 1/13/2006 | ($0.11) | $0.00 | ($0.38) | $0.00 | 208727 | | 12/30/05 | |
| Visit | 1/17/2006 | $30.00 | $0.00 | $0.00 | $30.00 | 209238 | 9252002137-11755 | | UKN. |
| Canteen | 1/18/2006 | ($25.57) | $0.00 | $0.00 | $4.43 | 210251 | | | |
| Supplies-MailP | 1/18/2006 | $0.00 | $0.00 | ($0.60) | $4.43 | 210549 | | 12/20/05 | |
| Supplies-MailP | 1/18/2006 | $0.00 | $0.00 | ($0.60) | $4.43 | 210569 | | 12/21/05 | |
| Supplies-MailP | 1/18/2006 | $0.00 | $0.00 | ($0.60) | $4.43 | 210661 | | 1/3/06 | |
| Supplies-MailP | 1/18/2006 | $0.00 | $0.00 | ($0.37) | $4.43 | 210662 | | 1/3/06 | |
| Supplies-MailP | 1/18/2006 | $0.00 | $0.00 | ($0.60) | $4.43 | 210664 | | 1/3/06 | |
| Supplies-MailP | 1/19/2006 | $0.00 | $0.00 | ($0.62) | $4.43 | 211229 | | 1/9/06 | |
| Supplies-MailP | 1/19/2006 | $0.00 | $0.00 | ($0.39) | $4.43 | 211233 | | 1/9/06 | |
| Medical | 1/20/2006 | $0.00 | ($4.00) | $0.00 | $4.43 | 211740 | | 12/21/05 | |
| Medical | 1/20/2006 | ($4.00) | $0.00 | $0.00 | $0.43 | 211799 | | 12/21/05 | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($1.29) | $0.43 | 211857 | | 11/13/05 | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($1.06) | $0.43 | 211858 | | 11/12/05 | |
| Visit | 1/23/2006 | $130.00 | $0.00 | $0.00 | $130.43 | 212068 | 5493402473-11856 | | JOAN |
| Canteen | 1/25/2006 | ($44.47) | $0.00 | $0.00 | $85.96 | 212917 | | | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($4.20) | $85.96 | 214112 | | 1/23/06 | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($7.15) | $85.96 | 214115 | | 1/23/06 | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($0.63) | $85.96 | 214119 | | 1/22/06 | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($0.39) | $85.96 | 214120 | | 1/23/06 | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($0.39) | $85.96 | 214128 | | 1/22/06 | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($0.39) | $85.96 | 214213 | | 1/17/06 | |

# Individual Statement

Date Printed: 2/17/2006  
Page 2 of 2

## For Month of January 2006

| | | | | | | |
|---|---|---|---|---|---|---|
| Supplies-MailP | 1/27/2006 | $0.00 | ($0.52) | $85.96 | 214240 | 1/19/06 |
| Pay-To | 1/27/2006 | ($8.00) | $0.00 | $77.96 | 214266 | PROJECT AWARE |
| Supplies-MailP | 1/27/2006 | $0.00 | ($1.06) | $77.96 | 214375 | 12/1/05 |
| Supplies-MailP | 1/27/2006 | $0.00 | ($0.60) | $77.96 | 214381 | 12/2/05 |
| Supplies-MailP | 1/27/2006 | $0.00 | ($0.83) | $77.96 | 214383 | 12/2/05 |
| Supplies-MailP | 1/27/2006 | $0.00 | ($1.75) | $77.96 | 214440 | 12/1/05 |

**Ending Mth Balance:** $77.96

Total Amount Currently on Medical Hold: $0.00  
Total Amount Currently on Non-Medical Hold: ($16.22)