ORIGINAL

# IN THE UNITED STATES DISTRICT COURT FOR THE STATE OF DELAWARE

Richard E. Shockley, Jr.
Plaintiff
V.
Stanley Taylor, et al,
Defendants

Memorandum Of Law

Civil Action No: 06 126

FILED
FEB 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The first issue of law is the defendant's immunity. The defendant's immunity dissolves once they knowingly and wilfully act with evil motive or intent, See: Smith V. Wade, 103 S.Ct. 1625, also: Farmer, 511 U.S. at 834, 114 S.Ct. at 2323.

The defendant's became liable for violating plaintiff's rights to humane conditions of confinement when they purposefully and wilfully put plaintiff's life at risk of serious harm.

The defendant's actions were based on callous disregard and indifference to plaintiff's safety which violated plaintiff's 8th Amendment and 14th Amendment Rights, See: Smith V. Wade, 103 S.Ct. 1625, also: Milwaukee and St. Paul R.Co. V. Arms, 91 U.S. 489.

Any neglect of duties regarding the protection of life must be punished, Missouri-Pacific R.Co. V. Humes, 115 U.S. 512, 521, 6 S.Ct. 110, also see: Torts, §908 (2).

All priveleges and immunities are forfeited Once an Officer of the State who carries a badge and uses it to abuse his position and power which is imposed upon him by virtue of State law, Monroe V. Pape, 81 S.Ct. 473, also: SCHEUER V. RHODES, 94 S.Ct. 1690.

Richard E. Shockly Jr.
2/16/06