IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

ORIGINAL

Richard E. Shockley, Jr.
Plaintiff

v.

Stanley Taylor, Thomas Carroll,
Lt. M<sup>c</sup>Carty, Lt. Satterfield,
Sgt. Marvin Creasy, Sgt. Vangorder,
Officer Roger Raney, Officer Calhoun,
et al.
    Defendants
individually and in their
official capacities,

06   126

Motion For Appointment
Of Counsel

Civil Action No. _____


FILED
FEB 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Pursuant to 28 U.S.C. § 1915(e)(1), plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

Wherefore, plaintiff requests that the court appoint counsel.

Richard E. Shockley, Jr.
Richard E. Shockley, Jr.
2/16/06

1181 Paddock Rd.
Smyrna, DE. 19977