ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

06  126

Richard E. Shockley, Jr.
   Plaintiff,
V.
Stanley Taylor, et al,
   Defendants,

Order To Show Cause
For a Preliminary
Injunction

Civil Action No. _____

   Upon the complaint, the supporting affidavits of the plaintiff, and the memorandum of law submitted herewith, it is:

FILED
FEB 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

   Ordered that defendants, Stanley Taylor, Thomas Carroll, Lt. McCarty, Lt. Satterfield, Sgt. Marvin Creasy, Sgt. Vangorder, Officer Roger Raney, Officer Calhoun, et al., Show cause in room ____ of the United States Courthouse, located at 844 N. King Street, Wilmington, Delaware, on the ____ day of _____, 200_, at ____ o'clock, why a preliminary injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, from making false allegations, discussing plaintiff's legal matters, spreading rumors among staff and inmates that plaintiff is a snitch, impound all records,

papers, and reports which relate to the disciplinary action against Kenny Reeder # 253949, which took place on November 14, 2005, stop the harassment and retaliation by prison staff and monitor for retaliation.

Also monitor for retaliation towards all persons who provide declarations supporting plaintiff's complaint.