ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

Richard E. Shockley, Jr.
  Plaintiff,
    V.
Stanley Taylor, et al.,
  Defendants

06  126

Declaration Of
Richard Roth, Sr.


FILED
FEB 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Civil Action NO. _____

Richard Roth, Sr. hereby declares:

Since November 14, 2005 I have had a good number of inmates ask me how I can live with a snitch. They tell me he is the one who told on inmate Kenny Reeder and got him sent to the Hole.

They are always telling me I need to watch my back or he will get me in some type of trouble.

This has gone on from the above date and still does.

I declare under the penalty of perjury that the foregoing is true and correct.

*[signature]*
1181 Paddock Road
Smyrna, DE, 19977
Date: 2/16/06