**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE


FILED
MAR 07 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Richard E. Shockley, Jr.
   Plaintiff
   v.
Stanley Taylor et al.
   Defendants

Declaration of
Richard E. Shockley, Jr.

Civil Action No. 06cv126

I Richard E. Shockley, Jr. hereby declare:
On August 31, 2005 at approximately 12:30 P.M. in the Lieutenant's office located in building Delta West of the Delaware Correctional Center, Smyrna, Delaware the following statement was made.

Officer Roger Raney in the presence of his supervisor Sgt. Marvin Creasy told me the reason he was strip searching me is because inmate Tony Francisco "snitched" on me and said I had contraband on me.

I declare under the penalty of perjury that the foregoing is true and correct.

Richard E. Shockley Jr.



IM Richard E. Shockley, Jr.
SBI# 166900  UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 N. King Street
Lock Box 18
Wilmington, DE, 19801

To: District Court Clerk.
From: Richard E. Shockley, Jr.
RE: Civil Complaint, Richard E. Shockley V. Stanley Taylor, et al.
Date: 3/3/2006.

06cv126

On 2/23/06 I sent a 1983 civil complaint to your court in reference to the above matter. Could I please add this declaration to my complaint for support.

Thank You
Richard E. Shockly, Jr.
1181 Paddock Rd.
Smyrna, DE.
19977


FILED
MAR 07 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RG
scanned

Richard E. Shockley, Jr.
    Plaintiff

V.

Stanley Taylor, et al.
    Defendants