06 < v 126 (JJF)

TO:    U.S. District Court for The State Of Delaware.

From:   Richard E. Shockley, Jr.

RE:    Richard E. Shockley, Jr., V. Stanley Taylor, Officer Calhoun, et al.

Date:   3/8/2006.

On February 23, 2006 I mailed the above defendant's and others named in my 1983 civil complaint a copy of the temporary injunction as required by court rules. Defendant Calhoun is a Correctional Officer at the Delaware Correctional Center.

On March 8, 2006 at 1:45 P.M. I was served a major disciplinary write up for two offenses.

The first Offense was for writing a correctional officer, sending defendant Calhoun a copy of the temporary injunction as District Court rules require.

The second offense was for an exhibit which was a copy of a conduct rule of correctional officers. The conduct rules are public record.

FILED

MAR 1 0 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

On March 8, 2006 after I was served the write up I was escorted to my cell and all papers and copies of my 1983 civil complaint I filed with the District Court were confiscated along with all declarations provided by my witnesses.

I now have no documentation left pertaining to my claim. I was ordered to "Never send another piece of mail of any kind to a officer in this prison".

I am now being told I am going to be put where I cant file any papers, I am clearly being retalliated against for exposing the defendants illegal activity.

I ask this court to please provide whatever relief the court can.

Sincerely
Richard E. Shockley, Jr.
1181 Paddock Rd
Smyrna, DE.
19977

IM Richard Shockley

SBI# 166406   UNIT W-1

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

MAiled
3/8/2006

U.S. District Court
844 N. King St.
Lock Box 18
Wilmington, DE.
19801

WILMINGTON DE 198
PM
03 MAR 2006



FIRST CLASS