To: Honorable Joseph J. Farnan, Jr.
From: Richard E. Shockley, Jr.
RE: Case Number: 1:06-cv-126 (JJF)
Date: 3/8/06

Sir on 3/8/2006 I was given a disciplinary write up for sending a copy of the preliminary injunction to Defendant Calhoun.

I was taken to my cell and all papers pertaining to this complaint were confiscated.

I was given a direct order by the Sargeant to "never send another piece of paper to any officer by any means". "And if a officer recieves any papers I will be placed in isolation" until I max out.

All of my declarations were also confiscated. Sir my witnesses have had there rooms searched and been told they better not help me.

Sir Could you please send me a copy of my documents. I have been told by prison staff I will be punished if I ask for my papers back.

Respectfully
Richard E. Shockley, Jr.
# 166400

FILED
MAR 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

IM Richard E Shockley, Jr.
SBI# 166400  UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 N. King St.
Lockbox 18
Wilmington, DE
19801