To: Honorable Judge Joseph J. Farnan, Jr.
From: Richard E. Shockley, Jr.
RE: Case number: 1:06-cv-126 (JJF)
Date: 3-10-06

    Sir I received the enclosed write up for sending Officer Phylis Calhoun a copy of the preliminary injunction as court rules require. Officer Calhoun is a defendant in the above mentioned case.

    The SOP's mentioned are the rules of conduct which state that correctional officers are not allowed to threaten inmates, or break confidentiality.

    As a result all of my legal papers regarding this complaint were confiscated.

    Sir I now have none of my complaint to use for reference. I can not afford to buy a copy from the court.

    Sir I just want the court to be aware of what is going on.

FILED
MAR 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Thank you
Richard E. Shockley, Jr.
D.C.C.
Smyrna, De. 19977

| Disciplinary# | DCC Delaware Correctional Center | Date: 03/08/2006 |
|---|---|---|
| 023551 | Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone No. 302-653-9261 | |

## DISCIPLINARY REPORT

**Disciplinary Type:** Class1    **Housing Unit** Bldg W1    **IR#:** 1030432

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00166400 | Shockley, Richard E J | DCC | Bldg.12 Search Area | 02/28/2006 | 07:30 |

**Violations:** 2.06/200.108 Failing to Obey an Order, 2.13/200.111 Possession of Non-Dangerous Contraband

**Witnesses:** 1. N/A    2. N/A    3. N/A

### Description of Alleged Violation(s)

On 2/28/2006 At Aprox 0730 Hours , I C/O Phylis Calhoun Was Checking In For Work And Looked In The Mail Folder At Which Time I Pulled Out A Large White Envelope With My Name On It. The Envelope And Mail Inside Was From Schockley, Richard # 00166400 And One Paper From Roth, Richard Sr #223459. Inmates Are Not Allowed To Send Mail Through The Mail Room For Officers. The Paperwork Says I Am Being Sued Along With Several Other Employees. Included In The Paperwork Are Copys Of Sop Number 8.9 Pages 1 Through 6 .

**Reporting Officer:** Calhoun, Phylis G (Correctional Officer)

### Immediate Action Taken

**Immediate action taken by:** Calhoun, Phylis G -Correctional Officer

Mab

### Offender Disposition Details

**Disposition:** N/A    **Date:** N/A    **Time:** N/A    **Cell secured?** No

**Reason:** N/A

**Disposition Of Evidence:** N/A

### Approval Information

**Approved:** [x]    **Disapproved:** [ ]    **Approved By:** Simon, Joseph S (Staff Lt./Lt)

**Comments:** N/A

### Shift Supervisor Details

**Date Received:** 03/08/2006    **Time:** 13:28    **Received From:** Simon, Joseph S

**Shift Supervisor Determination:**

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

*Simon, Joseph S (Staff Lt./Lt)*

I have received a copy of this notice on **DATE:** 3-8-06 **TIME:** 1345 and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:** Simon, Joseph S

**Offender:** Shockley, Richard E J

Page 1 of 1

03/08/2006
023551

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone#: 302-653-9261

Date: 03/08/2006

## NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

### INMATE RIGHTS IN THE DISCIPLINARY PROCESS

**MINOR OFFENSE :**

**Right to Remain Silent:** If you are charged criminally based upon the same facts giving rise to the disciplinary process, you have the right to remain silent at the Disciplinary Hearing. If you choose to remain silent, your silence will not be considered against you at the Disciplinary Hearing. In all other circumstances, silence at the Disciplinary Hearing may be considered against you.

**Presence:** You have the right to be present at all phases of the hearing, except that you may be excluded during the Hearing Officer's deliberations and at any time your behavior becomes disruptive to the proceedings. Reason for such exclusions shall be stated in writing.

03/08/2006
023551

**DCC Delaware Correctional Center**
Smyrna Landing Road
**SMYRNA DE, 19977**
Phone#: 302-653-9261

Date: **03/08/2006**

# NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

TO: Inmate: Shockley, Richard E J              SBI#: 00166400    Housing Unit: Bldg W1

1. You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122.)

2. At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.
   How do you plead ? [ ] Guilty     [ X ] Not Guilty

3. A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Written Reprimand
   b. Loss of one or more privileges for a period of time **of more than 24 hours but not to exceed 15 days.**

4. A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Loss of one or more privileges for a period of time not to exceed 90 days.
   b. Confinement to assigned quarters for a period of time not to exceed 90 days.
   c. Isolation confinement for a period of time not to exceed 90 days.
   d. Loss of good time for a period of time not to exceed 90 days.
      (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.)

5. You have the right in the disciplinary process as stated on the lower and back of this page. These have been fully explained to you at the time of this notification.

6. Counsel requested      **No**              Name of Counsel: ,

7. Confront accuser?      **Yes**

8. Witness requested?     **Yes**             Name of Witness: Raboin, Angela SGT

I certify that on **03/08/2006** at **13:28**, I served upon the above inmate this notice of Disciplinary Hearing for Minor/Major Offense and the Disciplinary Report is attached hereto.

(Employee's Signature & Title)
Simon, Joseph S

I have received copies of 122 & 127 and understand my rights as Form # 127 has been read to me

(Inmate's Signature)
Shockley, Richard E J

I/M Richard E. Shockley Jr.
SBI# 166400   UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 N. King St.
Lock Box 18
Wilmington, DE. 19801

Mailed
3/16/2006