To: Honorable Judge Joseph Farnan.
From: Richard E. Shockley, Jr.
RE: Case Number: 1:06-cv-126 (JJF)
Date: 3/14/06.

    Sir after I wrote you the enclosed letter I had a disciplinary hearing. As you see by the hearing officers decision I was found not guilty.

    Sir that still leaves me with no paperwork or knowledge of who has seen my paperwork. Now the question of whether other officers will retalliate due to the complaint I filed against there co-workers.

    I am missing alot of legal papers and material I have spent alot of hours researching. Sir I ask you to please consider this when reviewing my complaint.

Respectfully
Richard E. Shockley. J.
Delaware Correctional Center
Smyrna, DE. 19977

FILED
MAR 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DR # 102
355|

Date: 3-14-06

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## DISCIPLINARY HEARING DECISION

☐ Class I (Major)   ☒ Class II (Minor)   ☐ Summary (24 Hour LOAP)

Inmate: Shockley, Richard E. Jr.   SBI#: 00-166400
Institution: Delaware Correctional Center   Hearing Date: 3/14   Time: 1025

Inmate Present: ☒ Yes   ☐ No

Reason (If No): ___

Violation: 4.00 - PNDC
Inmate Plea: N/G
Inmate Statement: I'm state paperwork was sent to ag/classification advising her, I was taking sueing her.

Witness Name: N/A
Testimony:

Witness Name: "
Testimony:

Witness Name: "
Testimony:

Decision: ☐ Guilty   ☒ Not Guilty   ☐ Further Investigation
Rational: Based on I/M rept. I/O was unaware of such rule.

Sanctions: None

Hearing Officer's Signature: S/Lt Smith

I understand that I may appeal the decision of the Hearing Officer (or Shift Supervisor in the case of a Summary Sanction) to the Commissioner of Correction or his designee. I must complete a Disciplinary Appeal Form within 72 hours immediately following the hearing and mail it to the DCC Hearing Office.

☐ I do intend to appeal.
☒ I do not intend to appeal.

Inmate's Signature: Richard Shockley

### ORDER TO IMPLEMENT SANCTIONS

☐ Inmate does not wish to appeal   ☐ Appeal has been denied by Commissioner or Designee
☐ Sanctions have been modified   ☐ Time Limit (72 hours since hearing) for appeal has expired

Modifications: ___
It is hereby ordered to implement the sanctions or modified sanctions on Date: ___   Time: ___
Form 121 – May 30, 2003 – 2 pt. NCR  DACS