IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD E. SHOCKLEY, JR., | : |
|     Plaintiff, | : |
| v. | :   Civ. No. 06-126-JJF |
| STANLEY TAYLOR, THOMAS CARROLL, LT. MCCARTY, LT SATTERFIELD, SGT. MARVIN CREASY, SGT VANGORDER, OFFICER ROGER RANEY, and OFFICER CALHOUN, | : |
|     Defendants. | : |

## ORDER

WHEREAS, Plaintiff Richard E. Shockley, Jr., a prisoner incarcerated at the Delaware Correctional Center, Smyrna, Delaware, filed a complaint pursuant to 42 U.S.C. § 1983 (D.I. 2);

WHEREAS, on March 10, 2006, Plaintiff filed a motion for injunctive relief (D.I. 9) to stop Defendants' retaliatory conduct for exposing Defendants' illegal activity;

THEREFORE, at Wilmington this 12 day of April, 2006, IT IS ORDERED that:

1. Defendants shall file a response to Plaintiff's motion (D.I. 9) on or before **April 24, 2006**.

2. Plaintiff may file a reply on or before **May 8, 2006**.

3. The Clerk of the Court is directed to forward a copy of Plaintiff's complaint (D.I. 2) and motion for injunctive relief (D.I. 9), and this order to Defendants and the Attorney General

for the State of Delaware.

                                                                                         _____
                                                                                         UNITED STATES DISTRICT JUDGE