IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD E. SHOCKLEY, JR.,  )
            )
    Plaintiff,    )
            )
            )
    v.       ) Civil Action No. 06-126 JJF
            )
STANLEY TAYLOR, THOMAS CARROLL,)
LT. MCCARTY, LT SATTERFIELD, )
SGT. MARVIN CREASY,    )
SGT VANGORDER, OFFICER ROGER )
RANEY, and OFFICER CALHOUN,  )
            )
    Defendants.   )



FILED

APR 1 4 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

**AUTHORIZATION**

I, Richard E. Shockley, Jr., SBI #166400, request and
authorize the agency holding me in custody to disburse to the
Clerk of the Court the initial partial filing fee of $18.17 and
the subsequent payments pursuant to 28 U.S.C. § 1915(b) and
required by the Court's order dated _March 15_, 2006.

This authorization is furnished to the Clerk of Court in
connection with the filing of a civil action, and I understand
that the filing fee for the complaint is $250.00. I also
understand that the entire filing fee may be deducted from my
trust account regardless of the outcome of my civil action. This
authorization shall apply to any other agency into whose custody
I may be transferred.

Date: _April___ 11_____ , 2006.

_____
Signature of Plaintiff

UNITED STATES POSTAGE

PITNEY BOWES

$ 00.39⁰

02 1A
0004608975    APR 13 2006
MAILED FROM ZIPCODE 19977

S.M.S.
X-RAY

District Court
844 N. King St.
Lock Box 18
Wilmington, DE.
19801

IM Richard Shackley
SBI# 166400    UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

MAILED
4-12-06