To: Honorable Joseph J. Farnan, Jr.
From: Richard E. Shockley, Jr.
RE: Civil No. 06-126-JJF.
Date: April 19, 2006.



FILED
APR 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Your Honor I received your court order dated April 12, 2006 ordering the defendants to file a motion/response to my motion for injunctive relief by April 24, 2006 and that I may file a reply by may 8, 2006.

Your Honor I am at a disadvantage now. I served the defendants the preliminary injunction and on March 8, 2006 (4) members of the Department Of Corrections came to my cell and confiscated my copy of the complaint, the preliminary injunction and all notes regarding my complaint.

I wrote the District Court when this occured and received a letter from the court Clerk Peter T. Dalleo dated March 16, 2006 stating I had to pre-pay $.50 per page for copies of the documents.

Sir I have no money on my account and I am unable to pre-pay to get a copy of these documents.

Please see other side

Your Honor I want to make sure the defendants respond accurately to the facts and that I respond accurately to the facts.

Sir can the court in any way provide me with a copy of the documents.

Respectfully,
Richard E. Shockley, Jr.
Richard E. Shockley, Jr.
1181 Paddock Road
Smyrna, DE.
19977

SBI#166400
I/M: Richard Shockley   BLDG: W
1181 Paddock Road
Smyrna, DE. 19977

Mailed 4-19-2006

$00.39  APR 21 2006
PITNEY BOWES
MAILED FROM ZIP CODE 19977

Honorable Judge Furnan
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570