To: Clerk of Court.
From: Richard E. Shockley, Jr.
RE: Civ. No. 06-126-JJF
Date: June 10, 2006.

I received a memorandum order from the Honorable Judge Farnan dated May 30, 2006.

Judge Farnan granted me leave to file a amended complaint. I have some questions.

1. Do I use the same Civil action NO.?
2. How many copies must I file?
3. I only list the 4 defendants that the court ruled against correct?
4. Will the court use my previous exhibits?



FILED
JUN 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Thank you
Richard Shockley
#166400
1181 Paddock Rd.
Smyrna, DE.
19977

I/M Richard Shockley
SBI# 166400   UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

[Postage stamp: UNITED STATES POSTAGE $00.39 JUN 12 2006, MAILED FROM ZIP CODE 19977]

Clerk
U.S. District Court.
844 N. King St. Lockbox 18
Wilmington, DE.
19801-3570