OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 22, 2006

TO: Richard E. Shockley, Jr.
SBI# 166400
DCC
1181 Paddock Road
Smyrna, DE 19977

**RE: Letter dated 6/10/06; 06-126(JJF)**

Dear Mr. Shockley:

The above referenced letter has been received by this office requesting assistance regarding filing an amended complaint. Please be advised that this office is unable to render legal advice, although please use the same civil action number 06-126.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.