To: Clerk
From: Richard E. Shockley, Jr.
RE: 06-126-JJF
Date: 8/3/06



FILED
AUG - 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RG scanned

1) I mailed the completed marshall forms to your court on 8/1/06. Could you please send me a docket sheet acknowledging you received them from me.

2) I had $0.00 on my inmate account, I received $40.00 on July 15, 06. The business office sent you all of my money.
   Does this mean every time I get money it goes directly to the court. I have no money for personal items.
   I wrote the Business office but they do not respond. Is this correct?

Thank You
Richard Shockley

IM Richard Shockley
SBI# 166400  UNIT D-INF
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
04 AUG 2006 PM 1 T

U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, DE.
19801-3570