OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 9, 2006

TO: Richard E. Shockley, Jr.
    SBI# 166400
    D.C.C.
    1181 Paddock Road
    Smyrna, DE 19977

RE: Request for Copy of Docket and Letter Requesting Legal Advice, Civ. No. 06-126 JJF.

Dear Mr. Shockley:

A letter has been received by the Clerk's office from you requesting a copy of the docket from the above noted civil action.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. Should you require copies (including docket sheets) in the future, please be aware of this fee requirement. Enclosed, please find your one free copy of the docket report for Civ. No. 06-126.

The above referenced letter has been received by this office requesting assistance regarding I.F.P procedures. Be advised that this office is unable to render legal advice and therefore we are unable to assist you. The Clerk's office urges you to contact the prison business office for any questions you may have about your inmate account.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

encl. Docket Sheet
cc: The Honorable Joseph J. Farnan, Jr.; Civ. No. 06-126
    alpha