To: Clerk - Mr. Peter Dalleo
From: Richard E. Shockley, Jr.
RE: Civ. No. 06-126-JJF
Date: 8/14/2006

Sir I mailed my 5 marshall forms to you a couple of weeks ago. Sir can you tell me if you got them?

Could you please at your convenience check on this. When you sent me the docket sheet it was not listed.

Sincerely,
Richard E Shockley Jr.



FILED
AUG 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned