To: Honorable Judge Farnan,
From: Richard E. Shockley, Jr.
RE: #06-00126 (JJF)(Civil)
Date: 8/14/2006



Your Honor I am asking that the court treat this as a motion to modify the plaintiffs Forma Pauperis payment schedule based on the following facts.

1)      The plaintiff receives $40.00 per month from his family. The district courts order requires that the plaintiff pay 20% of his account to the court.
    The plaintiff must also pay postage and writing supplies from that money. To date the plaintiff has spent a large sum of money serving the defendants.

2)  The court ruled that the plaintiff has cognizable claims against the defendants. The defendants are not experiencing any hard ship as a result of there actions.
    The plaintiff asks the court to order the defendants to secure the filing fee.

3)   The plaintiff provides a statement from his account showing the negative balance from legal fees.

The plaintiff prays this court will grant relief and either order the defendants to pay or secure the filing fee or allow the plaintiff to pay $5.00 per month.

Respectfully,
Richard E. Shockley J.
1181 Paddock Rd.
Smyrna, DE.
19977

# Individual Statement
## For Month of July 2006

Date Printed: 8/7/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00166400 | Shockley | Richard | E | | | |
| Current Location: | INF | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 7/7/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 288918 | | 6/18/06 | |
| Supplies-MailP | 7/7/2006 | $0.00 | $0.00 | ($2.79) | $0.00 | 288928 | | 6/20/06 | |
| Supplies-MailP | 7/7/2006 | $0.00 | $0.00 | ($3.03) | $0.00 | 288929 | | 6/20/06 | |
| Supplies-MailP | 7/7/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 288979 | | 6/30/06 | |
| Supplies-MailP | 7/7/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 289039 | | 6/28/06 | |
| Supplies-MailP | 7/7/2006 | $0.00 | $0.00 | ($1.59) | $0.00 | 289108 | | 6/20/06 | |
| Supplies-MailP | 7/14/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 291902 | | 6/6/06 | |
| Supplies-MailP | 7/14/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 291903 | | 6/6/06 | |
| Visit | 7/17/2006 | $40.00 | $0.00 | $0.00 | $40.00 | 292204 | 4832293524-03595 | | L. LORD |
| Legal | 7/17/2006 | $0.00 | $0.00 | ($4.00) | $40.00 | 292333 | | | |
| Legal | 7/19/2006 | ($40.00) | $0.00 | ($14.80) | $0.00 | 293685 | | | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 295535 | | 7/3/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 295801 | | 7/15/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 295825 | | 7/18/06 | |
| Supplies-MailP | 7/25/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 296901 | | 7/21/06 | |
| Supplies-MailP | 7/25/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 296902 | | 7/21/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($45.50)

*All of this was sent to your court*

I/M Richard Shockley
SBI# 166400  UNIT I/NF
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

[Postmark: WILMINGTON DE 197, 15 AUG 2006, $00.390, AUG 15 2006, MAILED FROM ZIP CODE 19977]

U.S.M.S. X-RAY

Office Of The Clerk
District Court
844 N. King Street, Lockbox 18
Wilmington, DE.  19801-3570