**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RICHARD E. SHOCKLEY, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-126-JJF |
| v. | ) |
| | ) Trial by Jury Demanded |
| STANLEY TAYLOR, THOMAS | ) |
| CARROLL, LT. MCCARTY, | ) |
| LT. SATTERFIELD, SGT. MARVIN | ) |
| CREASY, SGT. VANGORDER, | ) |
| OFFICER ROGER RANEY, and | ) |
| OFFICER CALHOUN, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Eileen Kelly on behalf of Defendants Lt. Ronald McCarty, Sgt. Marvin Creasy, Sgt. Cheryl Anne Van Gorder and Officer Phylis Calhoun.  This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendants.  The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                STATE OF DELAWARE
                DEPARTMENT OF JUSTICE

                /s/ Eileen Kelly
                Eileen Kelly, I.D. #2884
                Deputy Attorney General
                Carvel State Office Building
                820 North French Street, 6th Floor
                Wilmington, Delaware 19801
                (302) 577-8400
                eileen.kelly@state.de.us
Date:  October 18, 2006        Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on October 18, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Richard E. Shockley, Jr.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us