IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

Richard E. Shockley, Jr.
  Plaintiff
            V.
LT. McCarty, Sgt. Marim Creasy,
Sgt. Vangorder, Officer Calhoun.
  Defendants.

C.A. No. 06-126-JJF
TRIAL BY JURY
DEMANDED

Plaintiff's answer to Defendants answer to
Plaintiff's complaint.

Scanned. BJ

2006 NOV -9 PM 3: 28
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1) Agree
2) Agree
3) Agree
4) Agree
5) Agree
6) Agree
7) Agree
8) Agree
9) Agree
10) Agree
11) Agree
12) Agree
13) DISAGREE, The Defendants did search the cell
   and Inmate Kenny Reeder will prove they are not
   telling the truth. This fact will be proven at trial.
   As to paragraph beginning " On Nov. 16, 2005 " Sgt. Vangorder
   did make the statement.

14) Disagree, the Defendants started the rumor.
15) Exhibits A + B were provided to all defendants and the court in the original filing of the complaint.

16) Disagree, plaintiff filed a grievance, Exhibit C, which was never responded to by the Department Of Corrections.

17) Agree.
18) All of these facts are true.
19) Disagree.
20-27) Agree.

## Relief

1) Plaintiff is entitled to relief.
2) Plaintiff is entitled to relief.

## Affirmative Defenses

3) Relief will come to the plaintiff by holding the Defendants liable.
4) Defendant filed a grievance with no response.
5) Defendants immunity was lost when they violated the color of law.
6) Defendants qualified immunity was lost when they violated the color of law.
7) Defendants lose all protection once they violate the color of law.
8) Defendants lose there sovereign immunity when they violate the color of law.

9) All Defendants were present and had personal knowledge and involvement.

10) The Defendants lost protection by Knowingly violating the Color Of Law.

11) The Defendants lose protection when they Knowingly violated the Color Of Law.

12) The U.S. Marshall is responsible for service.

13) The U.S. Marshall processed service.

14) The District Court is the Correct Court.

Therefore the plaintiff requests a trial by jury and that depositions be scheduled for the plaintiffs witnesses.
The plaintiff also requests that the Defendants answer Interrogatories.

Sincerely,
Richard E. Shockley, Jr.
1181 Paddock Rd.
Smyrna, DE.
19977

UNITED STATES POSTAGE

$ 00.39⁰

02 1A
0004608975
MAILED FROM ZIP CODE 19977

PITNEY BOWES
NOV 08 2006

U.S.M.S.
X-RAY

I/M Richard S. Shockley Jr.
SBI# 166400   UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 N. King Street
Lock Box 18
Wilmington, DE.
                19801- 3570