To: Clerk
From: Richard Shockley
RE: Balance
Date: 12/23/2006

Could you please tell me the balance owed on account/Case # 1:06-CV-00126 JJF. Shockley V. Taylor.
Could I receive a payment ledger?

Thank You,
Richard Shockley



FILED
DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanney

I/M Richard Sheckley
SBI# 166460 UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
26 DEC 2006 PM 1 L

Clerk
U.S. District Court
844 N. King St. Lockbox 18
Wilmington, DE.
19801-3570

DEC 27 2006