OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

January 9, 2007

```
TO:  Richard E. Shockley, Jr.
     SBI# 166400
     DCC
     1181 Paddock Road
     Smyrna, DE 19977
```

*RE:  Request for Account Balance; 06-126(JJF)*

Dear Mr. Shockley:

    This office received a letter from you requesting the balance on your account. Enclosed please find your account balance obtained from the financial administrator.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/ead                                     PETER T. DALLEO
                                          CLERK

cc:  Account balance