IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD E. SHOCKLEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-126-JJF |
| v. | ) | |
| | ) | Trial by Jury Demanded |
| STANLEY TAYLOR, THOMAS | ) | |
| CARROLL, LT. MCCARTY, | ) | |
| LT. SATTERFIELD, SGT. MARVIN | ) | |
| CREASY, SGT. VANGORDER, | ) | |
| OFFICER ROGER RANEY, and | ) | |
| OFFICER CALHOUN, | ) | |
| | ) | |
| Defendants. | ) | |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE:** Deputy Attorney General Catherine Damavandi hereby enters her appearance on behalf of Defendants: Lt. Ronald McCarty, Sgt. Marvin Creasy, Sgt. Cheryl Anne Van Gorder and Officer Phyllis Calhoun in place of Eileen Kelly.

| | |
|---|---|
| STATE OF DELAWARE | STATE OF DELAWARE |
| DEPARTMENT OF JUSTICE | DEPARTMENT OF JUSTICE |
| | |
| /s/ Eileen Kelly | /s/ Catherine Damavandi |
| Eileen Kelly, ID#2884 | Catherine Damavandi, ID#3823 |
| Deputy Attorney General | Deputy Attorney General |
| Department of Justice | Department of Justice |
| Carvel State Office Bldg., | Carvel State Office Bldg., |
| 820 N. French Street, 6th Fl., | 820 N. French Street, 6th Fl., |
| Wilmington, DE  19801 | Wilmington, DE  19801 |
| (302)577-8400 | (302)577-8400 |

Dated: October 9, 2007

## *CERTIFICATE OF SERVICE*

I hereby certify that on October 9, 2007 I electronically filed the attached *Substitution of Counsel* with the Clerk of Court using CM/ECF. I hereby certify that on October 9, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:

Richard E. Shockley, Jr.,
SBI#166400
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

                          STATE OF DELAWARE
                          DEPARTMENT OF JUSTICE

                          /s/ Catherine Damavandi
                          Catherine Damavandi, ID#3823
                          Deputy Attorney General
                          Department of Justice
                          Carvel State Bldg., 6th Fl.,
                          820 N. French Street
                          Wilmington, DE  19801