To: Clerk Of The Court
From: Richard E. Shockley, JR.
Date: 2/21/2008
SubJ: Change Of Address / Civil Action No. 06-126-JJF

My new address is:

Morris Community Correctional Center
300 W. Water St.
Dover, DE.
19904.

Could you please send all Correspondence to this address.

Respectfully,
Richard E. Shockley, JR

FILED
BG
MAR 19 2008
Cc: Betty
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To: Clerk Of The Court
From: Richard E. Shockley, JR.
Date: 2/21/2008
Subj: Civil Action No. 06-126-JJF

    Could you please issue a Scheduling order and a trial date in the above case.

Respectfully,
Richard E Shockley JR
300 W. Water St.
Dover, DE.
19904

Robert Shockley
300 W. Water St.
Dover, DE.
19904

U.S. District Court
844 N. King Street
Lock box 18
Wilmington, DE.
19801-3570