

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY (302) 577-5783

April 25, 2008

Mr. Richard E. Shockley, Jr., Inmate
SBI#166400
Morris Community Correctional Center
300 Water Street
Dover, DE  19901

Re:   *Shockley v. Taylor et al.,* C.A. No. 06-126-JJF

Dear Mr. Shockley,

    This letter is in response to your letter of April 22, 2008 wherein you write that you no longer have your response to *Defendants' Request for Production of Documents* [D.I.#47] and *First Set of Interrogatories.* [D.I.#48] You further write that that your discovery responses were probably lost when you changed prison facilities. As you requested, I am enclosing your responses, to which I received from you on or about October 10, 2007. Additionally, I will attach as an exhibit with this letter a copy of your responses with the Court since these documents are not reflected on the court's docket.

Sincerely yours,

/s/Catherine Damavandi
Catherine Damavandi,
Deputy Attorney General

Clerk of the Court

Enc:

In The United States District Court
For The District Of Delaware.

Richard E. Shockley, JR.,
    Plaintiff,

v.

Stanley Taylor, Thomas Carroll, LT. McCarty, LT. Satterfield, SGT. Marvin Creasy, SGT. Vangorder, Officer Roger Roney, and Officer Calhoun,
    Defendants.

C.A. NO. 06-126-JJF

Trial By Jury Demanded

## Plaintiff's Response To Defendant's Interrogatories.

1) All facts were supplied in the Original Complaint, and Exhibits.
2) All Documents were provided in original complaint and Exhibits.
3) All persons are listed in original complaint and Exhibits.
4) All persons listed in complaint and Exhibits.
5) Personal testimony from Defendants and Interrogatories.
6) None at this time.
7) a. Richard E. Shockley, JR.
   B. 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
   C. 1-14-62
   D. Dover, DE.
   E. G.E.D.
8) This has no bearing on the complaint.
9) This has no bearing on the complaint.

10. N/A

11. Shockley V. Torbert, Superior Court Georgetown, DE. 19947 (2001) Auto Accident settlement.

12. Not associated with this case.

13. Not associated with this case.

14. See Complaint and Exhibits.

15. See Complaint and Exhibits.

16. A. None.
    B. None.

17. See Original Complaint and Exhibits.

18. See Original Complaint and Exhibits.

19. No.

20. See Original Complaint and Exhibits.

21. See Original Complaint

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD E. SHOCKLEY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-126-JJF |
| v. ) | |
| ) | Trial by Jury Demanded |
| STANLEY TAYLOR, THOMAS ) | |
| CARROLL, LT. MCCARTY, ) | |
| LT. SATTERFIELD, SGT. MARVIN ) | |
| CREASY, SGT. VANGORDER, ) | |
| OFFICER ROGER RANEY, and ) | |
| OFFICER CALHOUN, ) | |
| ) | |
| Defendants. ) | |

VERIFICATION AS TO ANSWERS:

I hereby declare under penalty of perjury that the attached Plaintiff's Responses to Defendants' Interrogatories are true and correct.

*Richard E. Shockley, Jr.* (signature)
Richard E. Shockley, Jr.
9/25/07

In The United States District Court
For the District Of Delaware

Richard E. Shockley, JR.,
   Plaintiff,

V.

Stanley Taylor, Thomas Carroll, LT. McCarty, LT. Satterfield, SGT. Marvin Creasy, SGT. Vangorder, Officer Roger Roney, and Officer Calhoun,

   Defendants.

C.A. No. 06-126-JJF

Trial by Jury Demanded

## Plaintiff's Answer To Defendant's Request For Production Of Documents And Things Directed To Plaintiff

Request No. 1., Included in Original complaint, and exhibits.
Request No. 2., Included in Original complaint and exhibits.
Request No. 3., Included in original complaint and Exhibits.
Request No. 4., Prior criminal history does not pertain to this.
Request No. 5., None
Request No. 6., Prior Medical History does not pertain to this.
Request No. 7., Included in original Complaint and Exhibits.

Under the penalty of perjury I swear the foregoing is true and correct to the best of my knowledge.

Respectfully, Richard E. Shockley Jr.

## Certificate of Service

I, Richard E. Shockley, JR., hereby certify that I have served a true and correct cop(ies) of the attached: Answer To production of documents, and Answer To Defendant's Interrogatories upon the following parties/person (s):

TO: Eileen Kelly
Deputy Attorney General
820 N. French St 6th Floor
Wilmington, DE.
19801

TO: U.S. District Court
844 N. King St.
Lock Box 18
Wilmington, DE.
19801

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Sussex Correctional Institute, Georgetown, DE. 19947

On this 25th day of September, 2007

Richard E. Shockly, Jr.